**Dorsey Willard McMAHAN, Appellant, v. UNITED STATES of America.**

No. 13778.

United States Court of Appeals
Eighth Circuit.

Sept. 13, 1948.

Dorsey Willard McMahan, pro se.

Drake Watson, U. S. Atty., and Herbert H. Freer, Asst. U. S. Atty., both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

**Benjamin Joseph MILES and Myrtle Lett Miles, Appellants, v. UNITED STATES of America, Appellee.**

No. 10611.

United States Court of Appeals
Sixth Circuit.

Oct. 14, 1948.

Writ of Certiorari Denied Jan. 10, 1949.

See 69 S.Ct. 412.

Louis M. Hopping, of Detroit, Mich., for appellants.

Thos. P. Thornton, of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

The appeals in this criminal case came on to be heard on October 8, 1948; and the record and the respective oral arguments and printed briefs of the appellants and of the appellee having been duly considered, and it appearing that there was substantial evidence to support the verdict of the jury, and no reversible error being apparent in the procedure and trial in the district court, the judgments of conviction and sentence are accordingly affirmed.

**Charles Lee McINTOSH, Appellant, v. Dr. M. J. PESCOR, Warden, U. S. Medical Center, Springfield, Missouri.**

No. 13775.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1948.

Charles Lee McIntosh, pro se.

Sam M. Wear, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

**Harry F. MURPHY et al. v. TOWN AND COUNTRY ESTATES, Inc.**

No. 3757.

United States Court of Appeals
Tenth Circuit.

Sept. 4, 1948.

W. D. Jochems, of Wichita, Kan., for appellants.

Fleeson, Gooing, Coulson & Kitch, of Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure to prosecute.